UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE KORY DAVIS, JR,

       Plaintiff,

                                     Case No. 25-cv-12357

v.                               Honorable Linda V. Parker

TRANS UNION, LLC,

       Defendant.

_____/

## OPINION AND ORDER GRANTING THE MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL AND STAYING MATTER FOR FORTY-FIVE (45) DAYS

On July 30, 2025, Plaintiff Dwayne Kory Davis, Jr, through attorney Paschal Ukpabi and Law Arena PLLC, filed this lawsuit against Defendant Trans Union, LLC.  The current Scheduling Order sets *inter alia* discovery and dispositive motion deadlines of June 26, 2026 and July 8, 2026, respectively.  (ECF No. 11.) The matter is presently before the Court on Mr. Ukpabi's motion to withdraw as counsel due to a breakdown in the attorney-client relationship.  (ECF No. 12.)  The Court held a motion hearing on May 6, 2026, at which time Mr. Davis indicated that he does not oppose the motion, and that he wants to find new counsel. Counsel for Trans Union indicated that Trans Union does not oppose Mr. Ukpabi's request to withdraw.

The Court finds good cause for Mr. Ukpabi and New Arena to withdraw as counsel for Mr. Davis.  The Court believes the withdrawal can be accomplished without material adverse effect on Mr. Davis' interests.  *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that the motion to withdraw (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** for forty-five (45) days to provide time for Mr. Davis to secure new counsel, if he wishes to do so.  If Mr. Davis secures new counsel before the stay expires, counsel shall file an appearance in the matter.  If no counsel enters his or her appearance by the end of the forty-five-day period, the Court will presume that Mr. Davis is proceeding pro se. [1]

**IT IS FURTHER ORDERED** that the Scheduling Order deadlines are **ADJOURNED**.  After the forty-five days expire, regardless of whether Mr. Davis is represented by counsel or is proceeding pro se, the Court will set a status conference to issue a new scheduling order.

---

[1] The Court advises Mr. Davis that the District's website contains information useful to pro se parties:  http://www.mied.uscourts.gov/.  Among the resources available is the University of Detroit Mercy Law School Federal Pro Se Legal Assistance Clinic and the District's Pro Se Case Administrator.

2

3

**IT IS FURTHER ORDERED** that, within seven (7) days, Mr. Ukpabi shall

serve a notice of this Opinion and Order on Mr. Davis and file a notice on the

docket with Mr. Davis' contact information (address and phone number).

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 6, 2026

3